UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| In re:<br><br>BLACK NEWS CHANNEL, LLC,[1]<br><br>Debtor. | Case No. 4:22-bk-40087-KKS<br><br>Chapter 11 |

**CERTIFICATION OF COUNSEL REGARDING DEBTOR'S EMERGENCY APPLICATION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE RETENTION AND APPOINTMENT OF STRETTO AS CLAIMS, NOTICING, AND SOLICITATION AGENT AND (B) GRANTING RELATED RELIEF [Dkt No. 45]**

1.      On March 28, 2022 (the "Petition Date"), the Debtor filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. On April 6, 2022, the Debtor filed its *Emergency Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief* (Docket No. 45) (the "Stretto Application").

2.      On April 7, 2022, the Court held a hearing on the Stretto Application and, on April 11, 2022, entered the *Order Approving Debtor's Emergency Application for Entry of an Order (A) Authorizing the Retention and Appointment of Stretto as Claims, Noticing, and Solicitation Agent and (B) Granting Related Relief* (Docket No. 83) (the "Order"). The Order provides that "[a]s soon as practicable after entry of this Order, Debtor's counsel shall file an appropriate pleading or notice certifying that it approves and affixes counsel's signature to the Application." Order ¶ 23.

3.      Accordingly, pursuant to the Order, Rule 5.1(D) of the Local Rules for the United

---

[1]   The Debtor's address is 2320 Killearn Center Blvd., Building D, Tallahassee, Florida 32309. The last four digits of the Debtor's federal tax identification number are 5082.

15583658

States District Court for the Northern District of Florida and Rule 9011(a) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby certifies that he has read the Application, attached hereto as **Exhibit A**, and that by his signature on this filing is signing the Stretto Application, in his capacity as proposed bankruptcy counsel for the Debtor, as if his signature had been affixed to the Stretto Application in the first instance.

Dated: April 11, 2022

**THAMES | MARKEY**
Richard R. Thames
Bradley R. Markey
Florida Bar Number 0718459
Florida Bar Number 0894213
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@thamesmarkey.law
brm@thamesmarkey.law

-and-

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ Gregory W. Werkheiser
Gregory W. Werkheiser (*pro hac vice*)
Steven L. Walsh (*pro hac vice*)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
gwerkheiser@beneschlaw.com
swalsh@beneschlaw.com

-and-

Scott A. McMillin (*pro hac vice*)
Matthew E. Nirider (*pro hac vice*)
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
Phone: (312) 212-4949
Fax: (312) 767-9192
smcmillin@beneschlaw.com
mnirider@beneschlaw.com
*Proposed Counsel for the Debtor*

## Exhibit A

**Stretto Application**