**Exhibit A**

**Proposed Order**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| In re:<br><br>BLACK NEWS CHANNEL, LLC,[1]<br><br>               Debtor. | Case No. 4:22-bk-40087-KKS<br><br>Chapter 11 |

**ORDER GRANTING DEBTOR'S MOTION TO REJECT BUSINESS ADVISORY AGREEMENT, DATED JULY 10, 2021, BETWEEN DEBTOR AND PROGRESS PARTNERS IB, INC. AND APPLIED CAPITAL, LLC, EFFECTIVE AS OF PETITION DATE [Dkt. No. _____ ]**

This matter coming to be heard on the motion (the "Motion")[2] of the Debtor, Black News Channel, LLC (the "Debtor" or "BNC") for entry of an order (this "Order") authorizing the Debtor to reject its executory contract with Progress Partners and granting related relief [Dkt. No. _____]. A hearing on the Motion was held on _____, 2022. Upon consideration hereof, it is ORDERED:

    1.    The Motion is granted as set forth in this Order.

---

[1] The Debtor's address is 2320 Killearn Center Blvd., Building D, Tallahassee, Florida 32309. The last four digits of the Debtor's federal tax identification number are 5082.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2. Pursuant to section 365 of the Bankruptcy Code, the Business Advisory Agreement is deemed rejected by the Debtor effective as of the Petition Date.

3. Notwithstanding the relief granted herein and any action taken hereunder, nothing in the Motion or this Order shall: (a) constitute an admission as to the validity or priority of any claim against the Debtor; (b) constitute a waiver of the Debtor's rights to dispute any claim; (c) prejudice the Debtor's rights to assert that the Business Advisory Agreement was not executory within the meaning of section 365 of the Bankruptcy Code; or (d) constitute a concession or evidence that the Business Advisory Agreement has not expired, been terminated, or is otherwise currently not in full force and effect.

4. Progress Partners may file a claim under section 502 of the Bankruptcy Code in connection with the rejected Business Advisory Agreement (such claim, the "<u>Rejection Claim</u>"), in accordance with any applicable bar date set by the Court, the Local Bankruptcy Rules or the Bankruptcy Rules. The failure to file a timely Rejection Claim by any such claims bar date shall forever prohibit Progress Partners or any other holder of such Rejection Claim from receiving any distribution on account of such Rejection Claim unless this Court orders otherwise in accordance with the

applicable provisions of the Bankruptcy Code, Bankruptcy Rules, or Local Bankruptcy Rules.

5.  The requirements of Bankruptcy Rule 6006 are hereby satisfied for purposes of the Motion.

6.  The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.  Notwithstanding anything in the Bankruptcy Rules or the Local Bankruptcy Rules to the contrary, this Order shall be effective and enforceable immediately upon entry hereof.

8.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

DONE AND ORDERED on _____, 2022.

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Gregory W. Werkheiser, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the Order.

PREPARED BY: Gregory W. Werkheiser, Esq.