**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| In re: | |
|---|---|
| BLACK NEWS CHANNEL, LLC,[1] | Case No. 4:22-bk-40087-KKS |
| Debtor. | Chapter 11 |

## CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned cases.

On April 19, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Revised Proposed Interim Order, Term Sheet, and Budget Regarding Debtor's DIP Financing Motion [Dkt. No. 62]** (Docket No. 128)
- **Declaration of Maureen Brown in Support of DIP Financing** (Docket No. 129)

Dated: April 21, 2022

*/s/ James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855.553.6863
Email: TeamBlackNewsChannel@stretto.com

[1] The Debtor's address is 2320 Killearn Center Blvd., Building D, Tallahassee, Florida 32309. The last four digits of the Debtor's federal tax identification number is 5082.

# **Exhibit A**



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amagi Corporation | Attn: Legal Dept | 838 Walker Rd., #21-2 | | Dover | DE | 19904 |
| American Broadcasting Companies Inc | Attn: Legal Dept | 77 W. 66th St. | | New York | NY | 10023-6298 |
| Beatnik Investments LLC | Attn: Legal Dept | 1306 University Ave. | | Urbana | IL | 61802-2013 |
| Beatnik Investments LLC | Attn: Megha Parekh | 1 EverBank Dr. | | Jacksonville | FL | 32202 |
| Beatnik Investments LLC | c/o Michael Best & Friedrich LLP | 790 N Water St #2500 | Attn: C Schreiber & J Mertz | Milwaukee | WI | 53202 |
| Brightcove Inc. | Attn: Legal Dept | 290 Congress St., 3rd Fl. | | Boston | MA | 02210 |
| Busey Bank | c/o Foley & Lardner LLP | 100 N Tampa Street Suite 2700 | Attn: Mark J Wolfson | Tampa | FL | 33602 |
| CBS News | Attn: Legal Dept | 21940 Network Pl. | | Chicago | IL | 60673-1219 |
| CNN Newsource Sales & News Network | Attn: Legal Dept | PO Box 32066 | | New York | NY | 10087-2006 |
| Comcast Business | Attn: Legal Dept | PO Box 37601 | | Philadelphia | PA | 19101-0601 |
| District of Columbia | Office of The Attorney General | 400 6th Street NW | | Washington | DC | 20001 |
| Falky Holdings Inc. | c/o Manausa Shaw & Minacci PA | 1701 Hermitage Boulevard Suite 100 | Attn: Kyle L Shaw | Tallahassee | FL | 32308 |
| FL Dept of Environmental Protection | Attn: Legal Dept | 3900 Commonwealth Boulevard | | Tallahassee | FL | 32399-3000 |
| Florida Department of Revenue | General Counsel | PO Box 6668 | | Tallahassee | FL | 32314-6668 |
| Florida Department of State | Attn: Legal Dept | 2415 N Monroe Street Suite 810 | | Tallahassee | FL | 32303 |
| Florida Department of State | Attn: Legal Dept | PO Box 6327 | | Tallahassee | FL | 32314 |
| Florida Dept of Revenue | Bankruptcy Unit | PO Box 6668 | | Tallahassee | FL | 32314-6668 |
| Florida Office of Attorney General | Attn: Legal Dept | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| Gallagher | Attn: Legal Dept | PO Box 532143 | | Atlanta | GA | 30353 |
| GTT Americas LLC | Attn: Legal Dept | 7900 Tysons One Pl., #1450 | | McLean | VA | 22102 |
| Hancock Whitney | Attn: Legal Dept | PO Box 4019 | | Gulfport | MS | 39502 |
| Hancock Whitney | Attn: Paul J Sullivan | 101 North Monroe Street Suite 150 | | Tallahassee | FL | 32301 |
| Hancock Whitney Bank | c/o Carver Darden Koretzky et al | 151 West Main Street Suite 200 | Attn Robert Rushing & Travis Morock | Pensacola | FL | 32502 |
| Holland & Knight LLP | Attn: Legal Dept | PO Box 864084 | | Orlando | FL | 32886-4084 |
| Internal Revenue Service | Attn: Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Liquid Soul Media LLC | Attn: Tirrell D. Whittley CEO | 1024 Hemphill Ave., #B | | Atlanta | GA | 30318 |
| Mebar - Realty Holding Trust | Attn: Legal Dept | 400-444 N. Capitol St. NW | | Washington | DC | 20002 |
| Nielsen Media Research | Attn: Legal Dept | PO Box 88961 | | Chicago | IL | 60695-8961 |
| Official Cmte Unsecured Creditors | c/o Michael H Moody Law PA | PO Box 4363 | Attn: Michael H Moody | Tallahassee | FL | 32315 |
| Official Cmte Unsecured Creditors | c/o Norton Rose Fulbright US LLP | 1301 Avenue of the Americas | Attn Eric Daucher Francisco Vazquez | New York | NY | 10019-6022 |
| One Diversified LLC | Attn: Legal Dept | 45960 Center Oak Plaza | | Sterling | VA | 20166 |
| Progress Partners IB Inc. | Attn: Legal Dept | 50 Milk St., 16th Fl. | | Boston | MA | 02109 |
| Regional Construction Co. Inc. | Attn: Legal Dept | 444 N. Capitol St. NW, #721 | | Washington | DC | 20001 |
| Regions Bank | Attn: Jennifer Burke | 3516 Thomasville Rd | | Tallahassee | FL | 32309 |
| Regions Bank | Attn: Law Department | 1901 6th Ave No. | | Birmingham | AL | 35203 |
| Rogers and Cowan / PMK | Attn: Legal Dept | 1840 Century Park E, 18th Fl. | | Los Angeles | CA | 90067 |
| Securities & Exchange Commission | Attn: Andrew Calamari | 200 Vesey Street, Ste 400 | Brookfield Place NY RegionalOffice | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Secretary Of The Treasury | 100 F Street, Ne | | Washington | DC | 20549 |
| Smith Geiger LLC | Attn: Legal Dept | 31365 Oak Crest Dr., #150 | | Westlake Village | CA | 91361 |
| Stache Investment Corporation | Attn: Legal Dept | 1 EverBank Dr | | Jacksonville | FL | 32202 |



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Stache Investment Corporation | Attn: Legal Dept | 1306 University Ave | | Urbana | IL | 61802-2013 |
| Stache Investment Corporation | c/o Michael Best & Friedrich LLP | 790 N Water St Suite 2500 | Attn: C Schreiber & J Mertz | Milwaukee | WI | 53202 |
| The Associated Press | Attn: Louis Sarok | 200 Liberty Street | | New York | NY | 10281 |
| The News Project Inc | Attn: Merrill Brown | 630 W 246th Street | | Bronx | NY | 10471 |
| United States Department of Justice | Attorney General of the U.S. | 950 Pennsylvania Ave, NW | | Washington | DC | 20530-0001 |
| United States Trustee | Attn: Conor McLaughlin & Jason Egan | 110 East Park Avenue Suite 128 | | Tallahassee | FL | 32301 |
| US Attorney (Tallahassee Office) | Attn: Legal Dept | 111 N Adams Street Fourth Floor | | Tallahassee | FL | 32301 |
| US Securities & Exchange Commission | Atlanta Reg Office and Reorg | 950 E Paces Ferry Rd NE Ste 900 | | Atlanta | GA | 30326-1382 |
| VizRT Inc. | Attn: Legal Dept | 5131 Beckwith Blvd. | | San Antonio | TX | 78249 |
| WideOrbit LLC | Attn: Eric Mathewson Founder & CEO | 1160 Battery St., #300 | | San Francisco | CA | 94111 |

# Exhibit B



# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Amagi Corporation | | | billing@amagi.com |
| American Broadcasting Companies, Inc. | | | abc.misc.billing.burbank@disney.com<br>rosalyn.brekher@abc.com |
| Beatnik Investments LLC | c/o Michael Best & Friedrich LLP | Attn: Christopher J Schreiber & Justin M Mertz | cjschreiber@michaelbest.com<br>jmmertz@michaelbest.com |
| Brightcove, Inc. | | | finexpress@brightcove.com |
| Busey Bank | c/o Foley & Lardner LLP | Attn: Mark J Wolfson | mwolfson@foley.com<br>crowell@foley.com |
| CBS News | | | claudia.alvarado@cbs.com |
| Comcast Business | | | online.communications@alerts.comcast.net |
| District of Columbia | Office of The Attorney General | | oag@dc.gov |
| Falky Holdings, Inc. | c/o Manausa, Shaw & Minacci, PA | Attn: Kyle L Shaw | kyle@manausalaw.com |
| Florida Department of Environmental Protection | | | public.services@dep.state.fl.us |
| Florida Department of Revenue | General Counsel | | emaildor@floridarevenue.com |
| Florida Dept of Revenue | Bankruptcy Unit | | ogcbankruptcy@floridarevenue.com |
| Gallagher | | | tracey_ezell@ajg.com |
| GTT Americas, LLC | | | billing@gtt.net |
| Hancock Whitney | Attn: Paul J Sullivan | | paul.sullivan@hancockwhitney.com |
| Hancock Whitney Bank | c/o Carver, Darden, Koretzky, Tessier, Finn, Blossman & Areaux, LLC | Attn: Robert S Rushing & Travis M Morock | rushing@carverdarden.com<br>morock@carverdarden.com |
| Holland & Knight, LLP | | | duvol.thompson@hklaw.com |
| Liquid Soul Media, LLC | Attn: Tirrell D. Whittley, CEO | | accounting@goliquidsoul.com |
| Mebar - Realty Holding Trust | | | gjoyner@lpc.com |
| Nielsen Media Research | | | nmrcreditcollectiondept@nielsen.com |
| One Diversified, LLC | | | sjones@diversifiedus.com |
| Progress Partners IB, Inc. | | | sdame@progresspartners.com |
| Proposed Co-Counsel for the Official Committee of Unsecured Creditors | c/o Michael H Moody Law, PA | Attn: Michael H Moody | michael.moody@michaelhmoodylaw.com |
| Proposed Official Committee of Unsecured Creditors | c/o Norton Rose Fulbright US LLP | Attn: Eric Daucher & Francisco Vazquez | eric.daucher@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com |
| Regional Construction Co., Inc. | | | john@regconst.com |
| Regions Bank | Attn: Jennifer Burke | | jennifer.burke@regions.com |
| Rogers and Cowan / PMK | | | kelly.day@rogersandcowanpmk.com |
| Securities & Exchange Commission | Attn: Andrew Calamari | | nyrobankruptcy@sec.gov |
| Smith Geiger, LLC | | | rebecca@smithgeiger.com |
| Stache Investments Corporation | c/o Michael Best & Friedrich LLP | Attn: Christopher J Schreiber & Justin M Mertz | cjschreiber@michaelbest.com<br>jmmertz@michaelbest.com |
| The Associated Press | Attn: Louis Sarok | | collections@ap.org<br>lsarok@ap.org |



# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| The News Project, Inc. | Merrill Brown | | merrill@thenewsproject.net |
| United States Trustee | Attn: Conor J McLaughlin & Jason H Egan | | conor.mclaughlin@usdoj.gov<br>USTPRegion21.TL.ECF@usdoj.gov<br>jason.h.egan@usdoj.gov |
| US Attorney's Office for the Northern District of Florida | | | usafln.tlhbankruptcy@usdoj.gov |
| US Securities & Exchange Commission | Atlanta Reg Office and Reorg | | atlreorg@sec.gov |
| VizRT, Inc. | | | accountsreceivableamericas@vizrt.com |
| WideOrbit, LLC [WideOrbit Inc.] | Attn: Eric Mathewson, Margaret McCarthy, Accounts Receivables | | kgraves@wideorbit.com<br>mmccarthy@wideorbit.com<br>billing@wideorbit.com |