## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2022, the foregoing Motion was uploaded to the Court's CM/ECF System which in turn furnished electronic copies of the same to the following parties:

| | |
|---|---|
| Jason H. Egan, Esq.<br>Office of the U. S. Trustee<br>110 E. Park Avenue, Suite 128<br>Tallahassee, Florida 32301<br>jason.h.egan@usdoj.gov | Conor McLaughlin, Esq.<br>DOJ-UST<br>110 E. Park Avenue, Suite 128<br>Tallahassee, Florida 32301<br>conor.mclaughlin@usdoj.gov |
| Mark J. Wolfson, Esq.<br>FOLEY & LARDNER LLP<br>100 N. Tampa Street, Suite 2700<br>Tampa, Florida 33602<br>mwolfson@foley.com | Christopher J. Schreiber, Esq.<br>Justin Mertz, Esq.<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>cjschreiber@michaelbest.com<br>jmmertz@michaelbest.com |
| Kyle Shaw, Esq.<br>Manausa Law Firm, P.A.<br>3606 Maclay Blvd. South, Suite 200<br>Tallahassee, FL 32312<br>kyle@manausalaw.com | Michael Howard Moody<br>P.O. Box 4363<br>Tallahassee, FL 32315<br>Michael.Moody@MichaelHMoodyLaw.com |
| Robert S. Rushing, Esq.<br>Travis Michael Morock, Esq.<br>CARVER, DARDEN, KORETZKY,<br>TESSIER, FINN, BLOSSMAN &<br>AREAUX, L.L.C.<br>151 West Main Street, Suite 200<br>Pensacola, FL 32502<br>rushing@carverdarden.com<br>morock@carverdarden.com | Eric Daucher, Esq.<br>Francisco Vazquez, Esq.<br>Howard Seife, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>1301 Avenue of the Americas<br>New York, New York 10019-6022<br>eric.daucher@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>howard.seife@nortonrosefulbright.com |
| Michael Schuster, Esq.<br>BALLARD SPAHR<br>1225 17th Street, Suite 2300<br>Denver, CO 80202-5596<br>schusterm@ballardspahr.com | Sharon T. Sperling, Esq.<br>Law Office of Sharon T. Sperling<br>P.O. Box 358000<br>Gainesville, FL 32635-8000<br>sharon@sharonsperling.com |

| | |
|---|---|
| Joshua Walters, Esq.<br>MANAUSA, SHAW &<br>MINACCI, P.A.<br>1701 Hermitage Blvd., Suite 100<br>Tallahassee, FL 32308<br>josh@manausalaw.com | Edward W. Lyle, Esq.<br>Regional Construction Co., Inc.<br>1250 Connecticut Avenue N.W.<br>Suite 700<br>Washington, DC 20036-2657<br>ewlyle@west1805.com |
| Stephanie C. Lieb, Esq.<br>Trenam Law<br>101 East Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5150<br>slieb@trenam.com | Brian Hockett, Esq.<br>Thompson Coburn LLP<br>One U.S. Bank Plaza, Suite 2700<br>St. Louis, MO 63101-1693<br>bhockett@thompsoncoburn.com |
| James A. Timko<br>Shutts & Bowen/Jtimk<br>201 S. Biscayne Blvd. #1500<br>Suite 1000<br>Miami, FL 33131<br>jtimko@shutts.com | Nicole Mariani Noel<br>Kass Shuler, P.A.<br>P.O. Box 800<br>Tampa, FL 33601<br>bankruptcynotices@kasslaw.com |
| Robert C. Bruner<br>Byron Wright, III<br>Bruner Wright, P.A.<br>2810 Remington Green Circle<br>Tallahassee, FL 32308<br>rbruner@brunerwright.com<br>twright@brunerwright.com | John B. Hutton<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas, Suite 4400<br>Miami, FL 33131<br>huttonj@gtlaw.com |

[*Remainder of Page Intentionally Blank*]

Dated: September 7, 2022

**THAMES | MARKEY**
Richard R. Thames (Fl. Bar # 0718459)
Bradley R. Markey (Fl. Bar # 0894213)
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
rrt@thamesmarkey.law
brm@thamesmarkey.law

-and-

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (*pro hac vice*)
Juan E. Martinez (*pro hac vice*)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Phone: (302) 442-7010
gwerkheiser@beneschlaw.com
jmartinez@beneschlaw.com

Scott A. McMillin (*pro hac vice*)
Matthew E. Nirider (*pro hac vice*)
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
Phone: (312) 212-4949
smcmillin@beneschlaw.com
mnirider@beneschlaw.com

*Counsel for the Debtor*