**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| In re:<br><br>WIND DOWN TV, LLC,[1]<br><br>         Debtor. | Case No. 4:22-bk-40087-KKS<br><br>Chapter 7<br><br>**Re: D.I. 540** |

### NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

**PLEASE TAKE NOTICE** that on December 21, 2022, the United States Bankruptcy Court for the Northern District of Florida (the "Bankruptcy Court") in the chapter 11 case of the above-captioned debtor and debtor in possession (the "Debtor") entered the *Order Granting Debtor's Amended Motion to Convert its Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code and for Related Relief (Doc. 525)* [D.I. 540] (the "Conversion Order"), converting the chapter 11 case to a case under chapter 7 of the Bankruptcy Code, effective as of December 21, 2022.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order, and in accordance with Rule 1019(5)(A)(i) of the Federal Rules of Bankruptcy Procedure, the Debtor hereby submits its schedule of unpaid debts incurred from the petition date of March 28, 2022, through the conversion date of December 21, 2022, attached hereto as Exhibit A (the "Schedule").

**PLEASE THAT FURTHER NOTICE** that nothing included in the Schedule is intended or shall be deemed to (i) constitute an admission as to the validity of any debt or (ii) impair,

---

[1] The Debtor's address 1400 Village Square Blvd., Suite #3 – 405, Tallahassee, FL 32312-1231. The last four digits of the Debtor's federal tax identification number are 5082.

prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtor and its estate with respect to the debts listed therein.

Dated: January 6, 2023

**THAMES | MARKEY**
Richard R.  Thames (Fl. Bar # 0718459)
Bradley R. Markey (Fl. Bar # 0894213)
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
rrt@thamesmarkey.law
brm@thamesmarkey.law

-and-

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (*pro hac vice*)
Juan E. Martinez (*pro hac vice*)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Phone: (302) 442-7010
gwerkheiser@beneschlaw.com
jmartinez@beneschlaw.com

Scott A. McMillin (*pro hac vice*)
Matthew E. Nirider (*pro hac vice*)
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
Phone: (312) 212-4949
smcmillin@beneschlaw.com
mnirider@beneschlaw.com

*Counsel for the Debtor*