## **EXHIBIT A**

*Schedule of Unpaid Postpetition Debts*

**Wind Down TV, LLC Schedule of Unpaid Debts**

| Payee | Amount | Description | Address | City, State, Zip |
|---|---|---|---|---|
| ESN | $ 206,774.89 | Accounts receiveables owed to Buyer - Estimate thru DEC2022 which backs out commission fees from revenue received. | c/o Allen Media, LLC 1925 Century Park East, 10th Floor | Los Angeles, CA 90067 |
| The Hartford | $ 52,526.70 | General Liability Insurance | One Hartford Plaza | Hartford, CT 06155-0001 |
| United States Trustee for Region 21 | $ 8,000.00 | Quarterly Fees | 110 East Park Avenue, Suite 128 | Tallahassee, FL 32301 |
| CDW Logistics, Inc. | $ 9,564.46 | E-Mail Licenses (NOV'22 & DEC'22) | 75 Tri-State International | Lincolnshire, IL 60069 |
| Busey Bank | $ 300.00 | Monthly fees (estimate) | 100 W University Ave | Champaign IL 61820 |
| Employee Fiduciary, LLC | $ 8,000.00 | Estimate of cost to close out 401(k) account | 250 State Street | Mobile, Alabama 36603 |
| The Hartford | $ 13,121.94 | Long-term disability Insurance | One Hartford Plaza | Hartford, CT 06155-0001 |
| Gunster | $ 6,456.00 | Legal fees during bankruptcy | 777 S. Flagler Dr., # 500 | West Palm Beach, FL 33401-6121 |
| Price Waterhouse Cooper | $ 32,000.00 | Preparation of federal & state business taxes - contractual. | 76 South Laura Street, Suite 2100 | Jacksonville, FL 32202-3421 |
| Paycor | $ 3,700.07 | DEC2022 invoice | 4811 Montgomery Rd. | Cincinnati, OH 45212-2163 |
| Paycor | $ 4,000.00 | Estimate for year-end activities, which includes 1099 forms | 4811 Montgomery Rd. | Cincinnati, OH 45212-2163 |
| Route Trust | $ 150.00 | Final payment for toll free number | 801 Barton Springs Rd, 9th Floor | Austin, TX 78704 US |
| UPS Store | $ 249.45 | Wind Down TV business address. | 1400 Village Square Blvd, #3 | Tallahassee, FL  32312 |
| AvidXchange | $ 198.83 | fee for processing revenue electronic payments vs checks | P.O. Box 715376 | Cincinnati, OH 45271-5376 |
| GTT Americas, LLC | $ 14,557.50 | Final charges for cancellation - disputed. | 7900 Tysons One Pl., #1450 | Mc Lean, VA 22102-5973 |
| Spot Data (Imagine Communication) | $ 298.00 | Estimate of final bill for distributing AUG2022 ad sales invoices | P.O. Box 732107 | Dallas, TX 75373-2107 |
| WorldLink Ventures, Inc. | $ 3,834.69 | NOV'22 - Direct Response payments received. | 6100 Wilshire Blvd. | Los Angeles, CA 90048-5111 |
| Nielsen | $ 83,300.94 | Post-Petition settlement of fees. | Attn: General Counsel 85 Broad St. | New York, NY 10004-2434 |
| Acrobat Adobe | $ 465.41 | Monthly contractual obligation | 345 Park Ave | San Jose, CA 95110 |
| Verizon | $ 7,835.30 | Final bill. Still need to reconcile. | PO BOX 489 | NEWARK, NJ 07101-0489 |
| Maureen Brown | $ 4,307.70 | Salaray - 12/10 - 20/2022 (seven days). Case converted on 12/21/22 - this date used to end salary. | 2700 Welaunee Blvd, #1206 | Tallahassee, FL  32309 |
| IRS | $ 4,916.77 | Payroll Taxes - DEC2022 | P.O. Box 7346 | Philadelphia, PA 19101-7346 |
| Benesch, Friedlander, Coplan & Aronoff LLP | $ 12,605.60 | Counsel to Debtor | 1313 N. Market Street, Suite 1201 | Wilmington, DE 19801 |

**Wind Down TV, LLC Schedule of Unpaid Debts**

| Payee | Amount | Description | Address | City, State, Zip |
|---|---|---|---|---|
| Ankura Consulting Group, LLC | $ 930.60 | Financial Advisor to Debtor | 485 Lexington Avenue, 10th Floor | New York, NY 10017 |
| Norton Rose Fulbright US LLP | $ 10,528.20 | Professional Services to Committee of Unsecured Creditors | 1301 Avenue of the Americas | New York, New York 10019-6022 |
| Michael H. Moody Law, P.A. | $ 4,164.50 | Professional Services to Committee of Unsecured Creditors | 1881A Northwood Center Blvd | Tallahassee, FL 32303 |
| Stretto | $ 6,552.03 | NOV2022 invoice - bankruptcy notifications processor. | 410 Exchange, Ste 100 | Irvine, CA 92602 |
| Go Daddy | $ 203.86 | E-MAILS: bnc and wind down domains DEC2022 | 14455 N Hayden Rd | Scottsdale, AZ 85260 |
| Tax1099 | $ 700.00 | Processing & filing of 2022 1099 forms | 1 East Center Street #250 | Fayetteville, AR 72701 |
| UpWork | $ 300.00 | Verifying 2022 1099 vendor information | 2625 Augustine Dr. Ste 601 | Santa Clara, CA 95054 |