## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2023, the foregoing Certificate was uploaded to the Court's CM/ECF System which in turn furnished electronic copies of the same to the following parties:

Mary W. Colon
CHAPTER 7 TRUSTEE
P.O. Box 14596
Tallahassee, Florida 14596
trustee@marycolon.com

Brian G. Rich, Esq.
BERGER SINGERMAN LLP
313 North Monroe Street, Suite 301
Tallahassee, Florida 32301
brich@bergersingerman.com

Jason H. Egan, Esq.
Office of the U. S. Trustee
110 E. Park Avenue, Suite 128
Tallahassee, Florida 32301
jason.h.egan@usdoj.gov

Conor McLaughlin, Esq.
DOJ-UST
110 E. Park Avenue, Suite 128
Tallahassee, Florida 32301
conor.mclaughlin@usdoj.gov

Kyle Shaw, Esq.
Manausa Law Firm, P.A.
3606 Maclay Blvd. South, Suite 200
Tallahassee, FL 32312
kyle@manausalaw.com

Christopher J. Schreiber, Esq.
Justin Mertz, Esq.
MICHAEL BEST & FRIEDRICH LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
cjschreiber@michaelbest.com
jmmertz@michaelbest.com

Robert S. Rushing, Esq.
Travis Michael Morock, Esq.
CARVER, DARDEN, KORETZKY,
TESSIER, FINN, BLOSSMAN &
AREAUX, L.L.C.
151 West Main Street, Suite 200
Pensacola, FL 32502
rushing@carverdarden.com
morock@carverdarden.com

Michael Howard Moody
P.O. Box 4363
Tallahassee, FL 32315
Michael.Moody@MichaelHMoodyLaw.com

Michael Schuster, Esq.
BALLARD SPAHR
1225 17th Street, Suite 2300
Denver, CO 80202-5596
schusterm@ballardspahr.com

Eric Daucher, Esq.
Francisco Vazquez, Esq.
Howard Seife, Esq.
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
eric.daucher@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
howard.seife@nortonrosefulbright.com

Joshua Walters, Esq.
MANAUSA, SHAW &
MINACCI, P.A.
1701 Hermitage Blvd., Suite 100
Tallahassee, FL 32308
josh@manausalaw.com

Stephanie C. Lieb, Esq.
Trenam Law
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5150
slieb@trenam.com

James A. Timko
Shutts & Bowen/Jtimk
201 S. Biscayne Blvd. #1500
Suite 1000
Miami, FL 33131
jtimko@shutts.com

Robert C. Bruner
Byron Wright, III
Bruner Wright, P.A.
2810 Remington Green Circle
Tallahassee, FL 32308
rbruner@brunerwright.com
twright@brunerwright.com

John B. Hutton
Greenberg Traurig, P.A.
333 Avenue of the Americas, Suite
4400
Miami, FL 33131
huttonj@gtlaw.com

Sharon T. Sperling, Esq.
Law Office of Sharon T. Sperling
P.O. Box 358000
Gainesville, FL 32635-8000
sharon@sharonsperling.com

Edward W. Lyle, Esq.
Regional Construction Co., Inc.
1250 Connecticut Avenue N.W.
Suite 700
Washington, DC 20036-2657
ewlyle@west1805.com

Brian Hockett, Esq.
Thompson Coburn LLP
One U.S. Bank Plaza, Suite 2700
St. Louis, MO 63101-1693
bhockett@thompsoncoburn.com

Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
bankruptcynotices@kasslaw.com

[*Remainder of Page Intentionally Blank*]

2

Dated: January 6, 2023

**THAMES | MARKEY**
Richard R.  Thames
Bradley R. Markey
Florida Bar Number 0718459
Florida Bar Number 0894213
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@thamesmarkey.law
brm@thamesmarkey.law

-and-

**BENESCH, FRIEDLANDER, COPLAN**
   **& ARONOFF LLP**
 */s/ Gregory W. Werkheiser*
Gregory W. Werkheiser (*pro hac vice*)
Juan E. Martinez (*pro hac vice*)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
gwerkheiser@beneschlaw.com
jmartinez@beneschlaw.com

-and-

Scott A. McMillin (*pro hac vice*)
Matthew E. Nirider (*pro hac vice*)
71 S. Wacker Dr., Suite 1600
Chicago, IL 60606
Phone: (312) 212-4949
Fax: (312) 767-9192
smcmillin@beneschlaw.com
mnirider@beneschlaw.com

*Counsel for the Debtor*

3