# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Case Number:** 22-40087 KKS
**Case Name:** Wind Down TV LLC

**Period Ending:** 12/31/22

**Trustee:** Mary W. Colón
**Filed (f) or Converted (c):** 12/21/22 (c)
**§341(a) Meeting Date:** 01/17/23
**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Busey Bank Business AnalysisAccount [balance as of 03/28/2022] Checking 9638 Balance at conversion | 419,916.20 | 419,916.20 | | 0.00 | 419,916.20 |
| 2 | Busey Bank Complete Checking Account [balance as of 03/28/2022] [account subsequently closed on 04/21/2022 and funds transferred to Busey 9638] Checking 9654 | 442.23 | 442.23 | | 0.00 | FA |
| 3 | Hancock Whitney Bank Account [balance as of 03/28/2022] Checking 2565 | 9,334.55 | 9,334.55 | | 0.00 | FA |
| 4 | Hancock Whitney Bank Account [balance as of 03/28/2022] [account subsequently closed on 04/21/2022 and funds transferred to Hancock 2565] Business Money Market Account 9868 | 587.53 | 587.53 | | 0.00 | FA |
| 5 | Hancock Whitney Bank Account [balance as of 03/28/2022] Business Savings Account 3860 | 50,003.61 | 50,003.61 | | 0.00 | FA |
| 6 | Regions Bank Account [balance as of 03/28/2022] Business Checking Account 8028 | 14,693.57 | 14,693.57 | | 0.00 | FA |
| 7 | Security deposits as described on the attached listing [balance as of 12/31/2021] | 45,308.33 | 45,308.33 | | 0.00 | 45,308.33 |
| 8 | Utility deposit held by the City of Tallahassee [balance as of 12/31/2021] | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 9 | 11a. 90 days old or less: 2,041,431.00 - 0.00 = | 2,041,431.00 | 2,041,431.00 | | 0.00 | FA |
| 10 | 1b. Over 90 days old: 993,752.00 - 0.00 = | 993,752.00 | 993,752.00 | | 0.00 | FA |
| 11 | Office furniture See attached listing of office furnishings [NBV as of 12/31/2021] $52,598.78 Recent cost | 71,271.74 | 71,271.74 | | 0.00 | FA |
| 12 | See attached listing of office furniture [NBV as of 12/31/2021] $204,763.56 Recent cost | 289,354.68 | 289,354.68 | | 0.00 | FA |
| 13 | Office equipment, including all computer equipment and | 2,929,829.28 | 2,929,829.28 | | 0.00 | FA |

| | | | | | | |
|---|---|---:|---:|---|---:|---|
| | communication systems equipment and software See attached listings of BeckTV equipment and software [NBV as of 12/31/2021] $1,961,483.55 Recent cost | | | | | |
| 14 | See attached listing of BitCentral equipment and software [NBV as of 12/31/2021] $857,165.36 Recent cost | 1,325,685.87 | 1,325,685.87 | | 0.00 | FA |
| 15 | See attached listing of Inspired equipment and software [NBV as of 12/31/2021] $56,999.39 Recent cost | 89,061.54 | 89,061.54 | | 0.00 | FA |
| 16 | See attached listing of VizRT equipment and software [NBV as of 12/31/2021] $550,163.90 Recent cost | 853,914.68 | 853,914.68 | | 0.00 | FA |
| 17 | See attached listings of Sony equipment and software [NBV as of 12/31/2021] $792,174.76 Recent cost | 1,247,054.32 | 1,247,054.32 | | 0.00 | FA |
| 18 | See attached listings of Sony Photogs equipment and software [NBV as of 12/31/2021] $339,557.92 Recent cost | 414,095.02 | 414,095.02 | | 0.00 | FA |
| 19 | See attached listing of Various Vendors equipment and software [NBV as of 12/31/2021] $1,735,303.87 Recent cost | 2,401,395.01 | 2,401,395.01 | | 0.00 | FA |
| 20 | See attached listing of Technical Operations $632,925.34 Recent cost equipment and software [NBV as of 12/31/2021] | 988,945.85 | 988,945.85 | | 0.00 | FA |
| 21 | See attached listing of Remote Production equipment and software [NBV as of 12/31/2021] $76,556.00 Recent cost | 119,618.75 | 119,618.75 | | 0.00 | FA |
| 22 | See attached listing of Facilities Systems equipment and software [NBV as of 12/31/2021] $116,892.32 Recent cost | 183,094.25 | 183,094.25 | | 0.00 | FA |
| 23 | See attached listing of Satellite Expenses equipment and software [NBV as of 12/31/2021] $7,659.39 Recent cost | 11,967.79 | 11,967.79 | | 0.00 | FA |
| 24 | See attached listing of Network Operation Center - Other equipment and software [NBV as of 12/31/2021] $67,754.18 Recent cost | 105,865.90 | 105,865.90 | | 0.00 | FA |
| 25 | See attached listing of One Diversified - DC equipment and software [NBV as of 12/31/2021] $61,495.49 Recent cost | 74,994.50 | 74,994.50 | | 0.00 | FA |
| 26 | See attached listing of BDI (DC Set) equipment and software [NBV as of 12/31/2021] $229,009.68 Recent cost | 279,280.10 | 279,280.10 | | 0.00 | FA |
| 27 | See attached listing of BNC GO Set Build equipment and software [NBV as of 12/31/2021] $92,078.83 Recent cost | 112,291.25 | 112,291.25 | | 0.00 | FA |
| 28 | See attached listing of In-Home Studio Buildsequipment and software [NBV as of12/31/2021] $22,182.92 Recent cost estimated; to recover from employees | 27,052.34 | 27,052.34 | | 0.00 | 15,000.00 |
| 29 | See attached listing of computer equipmentand software [NBV | 871,792.99 | 871,792.99 | | 0.00 | 20,000.00 |

| # | Description | | | | | |
|---|---|---|---|---|---|---|
| | as of 12/31/2021] $557,947.51 Recent cost estimated; to recover from employees | | | | | |
| 30 | See attached listing of Nissan vehicles Unknown Recent cost estimated | 103,910.70 | 103,910.70 | | 0.00 | 50,000.00 |
| 31 | See attached listing of leased Ford Explorer vehicles [original financed cost] Unknown Recent cost | 388,171.00 | 388,171.00 | | 0.00 | FA |
| 32 | Lease of property located at 400/444 N. Capitol Street, NW, Suite 603, Washington, DC [Leasehold improvements value as of 12/31/2021] [lease agreement listed on Schedule G] | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Lease of property located at 2324 Killearn Center Boulevard, Suite 101, Tallahassee, Florida [lease agreement listed on Schedule G] | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Sublease of storage property located at 400/444 North Capitol Street, NW, Washington, DC [lease agreement listed on Schedule G] | 0.00 | 0.00 | | 0.00 | FA |
| 35 | Word Mark - BNC BlackNewsChannel [SerialNo. 88758896] $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 36 | Internet domain names and websiteswww.bnc.tv $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 37 | Director's & Officers Liability Policy No.DO6TAB31VD002 through Ironshore SpecialtyInsurance Company [expires 01/01/2023] | Unknown | 0.00 | | 0.00 | FA |
| 38 | Employment Practices Liability Policy No.EPL6TAB3W3F002 through Ironshore SpecialtyInsurance Company [expires 01/01/2023] | Unknown | 0.00 | | 0.00 | FA |
| 39 | Cyber Liability Policy No. EO5AABVVY0003 throughLiberty Surplus Insurance Corporation [expires01/01/2023 | Unknown | 0.00 | | 0.00 | FA |
| 40 | Package Policy including Property [Hartford FireInsurance Company], Inland Marine [Hartford FireInsurance Company] and General Liability [Property &Casualty Insurance Company of Hartford] Policy No.21.UUN.DI6749 [expires 01/01/2023] | Unknown | 0.00 | | 0.00 | FA |
| 41 | Workers' Compensation Policy No. 21.WE.AR6N13through Hartford Casualty Insurance Company [expires01/01/2023] | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | Umbrella Policy No. 21.RHU.DL5736.K3, a renewal of Policy No. 21.RHU.D16715, through Hartford Casualty Insurance Company [expires 01/01/2023] | Unknown | 0.00 | | 0.00 | FA |
| 43 | Commercial Auto Policy No. 21.UEN.DL5856.K3, a renewal of Policy No. 21.UEN.DI6932.K3, a renewal of Policy No. 01.UEN.DG2762, through The Hartford Insurance Group [expires on 01/01/2023] | Unknown | 0.00 | | 0.00 | FA |
| 44 | Leasehold improvements [value as of 12/31/2021] | 6,725,032.00 | 6,725,032.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$23,204,148.58** | **$23,204,148.58** | | **$0.00** | **$565,224.53** |

**Major activities affecting case closing:**
Notice of Hearing ECF 544 served ECF 545
Berger Singerman employed 1-20-23

3-16-23 @ 11 a.m. Status Conference
341 continued to 2-13-23
Claims bar date to set
Estate tax return
Majority of assets sold in chapter 11; still investigating which assets remain
Special counsel employed
TFR
TDR

**Initial Projected Date of Final Report (TFR):** December 30, 2025     **Current Projected Date of Final Report (TFR):** December 30, 2025

    January 27, 2023     /s/ Mary W. Colón
    Date     Mary W. Colón

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case